AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rogers, Yvonne G. | District Court for Northern District of California | 10/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

1301 Clay Street
Room 490C
Oakland, California 94612

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Independent Executor | Estate No. 1 |
| 2. Trustee | Residuary Estate Trust No. 1 |
| 3. Trustee | Residuary Estate Trust No. 2 |
| 4. Trustee | Residuary Estate Trust No. 3 |
| 5. Trustee | Residuary Estate Trust No. 4 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | McKinsey & Company - Salary |
| 2. 2020 | University of California, Berkeley - Stipend |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | January 15-17, 2020 | Philadelphia, PA | Council Meeting | Transportation, Meals, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, Yvonne G.** | 10/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank, N.A. | McKinsey Partnership Shares | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, Yvonne G.** | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citibank Checking and Money Market Accounts | A | Interest | M | T | | | | | |
| 2. Bank of America Checking | A | Interest | J | T | | | | | |
| 3. Trust No. 1 | | | | | | | | | |
| 4. -Vanguard CA IT Tax Exempt | D | Dividend | O | T | | | | | |
| 5. -Vanguard Total International Stock Index | G | Dividend | P2 | T | Buy (add'l) | 08/10/20 | N | | |
| 6. -Vanguard 500 Index Fund | F | Dividend | P1 | T | Buy (add'l) | 01/02/20 | N | | |
| 7. | | | | | Buy (add'l) | 08/10/20 | N | | |
| 8. -Vanguard Extended Markets Index | E | Dividend | P1 | T | | | | | |
| 9. -Vanguard Emerging Markets Index | E | Dividend | P1 | T | | | | | |
| 10. -Vanguard IRA: Inflation Protect Sec Adm | D | Dividend | O | T | | | | | |
| 11. -Vanguard: Total Bond Market Index (variable annuity) | | None | M | T | | | | | |
| 12. -Vanguard 500 Index Fund (retirement) | A | Dividend | J | T | | | | | |
| 13. -Vanguard 529-Aggressive Growth Port-Age-Based 25 | | None | M | T | Sold (part) | 02/18/20 | J | | |
| 14. -Vanguard 529-Aggressive Growth Port -Age 22 | | None | K | T | Sold (part) | 01/06/20 | K | | |
| 15. -Vanguard 529 - Moderate Growth- Port Age-Based 19 | | None | N | T | Sold (part) | 09/02/20 | K | | |
| 16. -Wells Fargo Money Market Account | A | Interest | P1 | T | | | | | |
| 17. -Rental Prop, San Antonio, TX (assessment 12/20: $145,970) | D | Rent | M | S | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, Yvonne G.** | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. McKinsey & Company Special Situations Aggressive Long-Term | G | Dividend | P2 | T | | | | | |
| 19. McK Spec Sit Retirement (Ind) | | None | P1 | T | Buy (add'l) | 01/31/20 | J | | |
| 20. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 21. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 22. McKinsey Partnership Shares | A | Dividend | O | U | | | | | |
| 23. McKinsey Partnership Debt | E | Interest | O | T | | | | | |
| 24. McKinsey Cash Balance Plan | | None | O | T | | | | | |
| 25. Residuary Estate Trust No. 1 Checking (Wells Fargo; 1/4 interest) | | None | J | T | Buy | 11/04/20 | J | | |
| 26. Fidelity Government Cash Reserve FDRXX (IRA) | | None | J | T | Buy | 11/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All but one of the Residuary Estate Trusts listed in Part I have not been funded and therefore are not included in Section VII. However, I am named trustee and therefore have included all of them in Section I.

In my Revised 2020 Report, I expanded Part VII, Line 26 to include the full same of the Fidelity Fund for the IRA.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Yvonne G. Rogers**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544